IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FREDERICK COOPER**                                                                 **PETITIONER**

v.                                    CASE NO. 2:14CV00022 BSM

**ANTHONY HAYNES, Warden,**
**FCI Forrest City**                                                                  **RESPONDENT**

## ORDER

The proposed findings and recommendations ("RD") submitted by United States Magistrate Judge Patricia S. Harris and petitioner Frederick Cooper's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD are hereby adopted in all respects.

Cooper's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice to allow Cooper to seek permission from the United States Court of Appeals for the Eight Circuit to file a successive petition.

IT IS SO ORDERED this 16th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE